UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JULIE DICKERSON,

       Plaintiff,

vs.
                                          Case No. 08-CV-15227
                                          HON. GEORGE CARAM STEEH

UTILITY WORKERS UNION OF AMERICA,
LOCAL 223,

       Defendant.

_____/

## ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT (# 14)

Plaintiff Julie Dickerson, appearing pro se, moves for leave to file a First Amended Complaint. Dickerson's December 19, 2008 Complaint does not allege specific counts, but generally alleges that defendant Utility Workers Union of America, Local 223 ("Union") refused to pursue Dickerson's employment grievance through arbitration as provided for in a collective bargaining agreement ("CBA"). Dickerson alleges in the Complaint that Union breached its duty of fair representation and "violated the United States Law." Complaint, ¶ 10, at 2. Dickerson's proposed First Amended Complaint alleges two separate Counts against Union: breach of the CBA and breach of the Union's duty of fair representation. Defendant Union has not opposed the motion. Leave to amend a complaint is to be freely granted when justice so requires. See Fed. R. Civ. P. 15(a). Absent opposition to the motion,

Plaintiff Dickerson's motion for leave to file an amended complaint is hereby

GRANTED. In granting Dickerson's motion, the court makes no ruling as to the merits of the amended claims.

    SO ORDERED.

Dated: July 13, 2009

                        s/George Caram Steeh
                        GEORGE CARAM STEEH
                        UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
July 13, 2009, by electronic and/or ordinary mail.

s/Josephine Chaffee
Deputy Clerk

---